No. 75–6425. WOODSON, AKA RHYSHE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–6465. SAFFOLD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6496. ACOSTA DE EVANS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6497. HERO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–6498. HELKER *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 75–6506. DUNHAM *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 75–6522. OMERNICK ET UX. *v.* DEPARTMENT OF NATURAL RESOURCES ET AL. Sup. Ct. Wis. Certiorari denied.

No. 75–6523. HOLMEN, AKA RAMSEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6524. COLLINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–6526. FIAALII *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–6538. PARKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–6541. UZIEL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–6544. SCOTT *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.